UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA KRUEGER and DANIEL KRUEGER,<br><br>        Plaintiffs,<br>  vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.: 5:24-cv-07033-EJD<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE |

ORDER

Pursuant to the parties' Joint Motion and good cause appearing therefore, this matter is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: September 24, 2025

_____
United States District Judge
Hon. Edward J. Davila